# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TERRIEK A. VORNES**  **PLAINTIFF**
**#112874**

v.  No: 3:19-cv-00378 JM-PSH

**DALE COOK,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Terriek A. Vornes filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on December 26, 2019, while incarcerated at the Mississippi County Detention Facility (Doc. No. 2). Vornes' application to proceed *in forma pauperis* was granted, and he was ordered to file an amended complaint describing how each defendant violated his constitutional rights and why he sues defendants in their official capacities. Doc. No. 3. Vornes has filed an amended complaint but only describes the actions of one defendant (Captain McCullom) and does not explain why he sues defendants in their official capacities. Doc. No. 4. Rather, he complains that he was denied medical care for a broken tooth and told he would have to pay significantly more than other prisoners to have a tooth pulled. *Id.* at 4-5.

Vornes will be allowed another opportunity to amend his complaint to fully describe his claims. Vornes is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended

complaint will be allowed to proceed. In the event Vornes fails to file an amended complaint conforming to this order within thirty days, this case may be dismissed. The Clerk of Court is directed to send Vornes a blank § 1983 form.

IT IS SO ORDERED this 14th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE