IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRIEK A. VORNES**  **PLAINTIFF**
**#112874**

v.  No: 3:19-cv-00378 JM

**DALE COOK,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 1st day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE